# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Balbino Pena, | : | Chapter 13 |
| Juana Pena | : | Bankruptcy No: 17-14893 |

## CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on June 13, 2018 a copy of the Motion to Reopen, with a response deadline of June 4, 2018, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Application filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Balbino & Juana.

Dated:  07/05/2018                                          /s/Joseph Bambrick
                                                                        Joseph T. Bambrick, Jr., Esquire
                                                                        Attorney ID 45112
                                                                        529 Reading Avenue
                                                                        West Reading, PA  19611
                                                                        610/372-6400