**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Balbino Pena,** | : | **Chapter 13** |
| **Juana Pena** | : | **Bankruptcy No: 17-14893** |

## CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on June 13, 2018 a copy of the Motion to Reopen, with a response deadline of July 4, 2018, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Application filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Balbino & Juana.

Dated:  07/05/2018            /s/Joseph Bambrick
                              Joseph T. Bambrick, Jr., Esquire
                              Attorney ID 45112
                              529 Reading Avenue
                              West Reading, PA  19611
                              610/372-6400