UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
BALBINO PENA RODRIGUEZ,           :     CHAPTER 13
JUANA PENA,                       :
    Debtors                       :     BANKRUPTCY NO: 17-14893

ORDER

AND NOW, upon consideration of the Debtor's Motion to Reopen a Closed Case, it is hereby ORDERED and DECREED that the Debtors, Balbino & Juana Balbino, is GRANTED leave to vacate the dismissal of their Bankruptcy case, and to reimpose the automatic stay.

BY THE COURT

7/5/18

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE