United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14893-ref
Balbino Pena Rodriguez                                              Chapter 13
Juana Pena
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 3                    Date Rcvd: Jul 05, 2018
                              Form ID: pdf900        Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2018.
```
db/jdb         +Balbino Pena Rodriguez,    Juana Pena,    600 Snyder Road,    West Lawn, PA 19609-1232
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +CITIGROUP MORTGAGE LOAN TRUST INC.,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
13954454       +Account Recovery Bureau,    PO Box 41309, Dept 310,    Nashville, TN 37204-1309
13954455        Arcadia Recovery Bureau,    P.O. Box 70256,    Philadelphia, PA 19176
13954456       +Arthritis & Osteoporosis Center,    2760 Century Boulevard,    Reading, PA 19610-3359
13954457        Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
13954458        Bank of America,    PO Box 15222,    Wilmington, DE 19886-5222
14160200        Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
13954463       +CitiBank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13954464        CitiMortgage, Inc.,    PO Box 183040,    Columbus, OH 43218-3040
13954465       +CitiMortgage, Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
13954466       +City of Reading,    PO Box 351,    Norristown, PA 19404-0351
13954467       +Commercial Acceptance Company,    2300 Gettysburg Rd. Ste. 102,    Camp Hill, PA 17011-7303
13954468       +Fay Servicing,    PO Box 220720,    Chicago, IL 60622-0720
13954469       +First States Financial Services,    P.O. Box 5827,    Reading, PA 19610-5827
13954472       +Georgeadis Setley,    4 Park Plaza, 2nd Floor,    Wyomissing, PA 19610-1398
13954473       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13954474       +HSBC Bank,    PO Box 30253,    Salt Lake City, UT 84130-0253
13954475       +JD Pearah MD LTD d/b/a,    Campanella & Pearah Eyecare Assoc.,    3855 Penn Avenue,
                 Reading, PA 19608-1174
13954477       +Lillian B. Cramsey, Tax Collector,    2850 Windmill Road,    Spring Township Building,
                 Reading, PA 19608-1668
13954480      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met Ed,    331 Newman Springs Road, Bldg 3,    Red Bank, NJ 07701)
13954479       +Mandees/RAI Credit,    21 Main Street,    Hackensack, NJ 07601-7091
13954481        Met-Ed.,    PO Box 3687,    Akron, OH 44309-3687
14015032       +Met-Ed/FirstEnergy,    FirstEnergy,    101 Crawford's Corner Rd, Bldg #1 Ste 1-,
                 Holmdel, NJ 07733-1976
13954484       +Milstead & Associates, LLC,    220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
13954487       +Nelson H. Long CPA, Treasurer,    Berks County Service Center,    633 Court Street, 2nd Floor,
                 Reading, PA 19601-3552
13954489       +PA American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
13954494       +PPL Electric Utilities,    2 North 9th Street CPC-Genn,    Allentown, PA 18101-1179
13954493       +Portnoff Law Associates, LTD,    PO Box 391,    Norristown, PA 19404-0391
13954495       +Reading & Berks County,    633 Court St. 2nd Floor,    Reading, PA 19601-3552
13954496       +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
13954497       +Reading School District,    PO Box 4783,    Lancaster, PA 17604-4783
13954501       +SLS,    8742 Lucent Boulevard, Suite 300,    Highlands Ranch, CO 80129-2386
13954500        Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
13954502       +Specialized Loan Servicing, LLC,    8742 Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
13954503       +Spring Township,    2850 Windmill Rd.,    Reading, PA 19608-1668
13954504        The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13954505       +Township of Spring,    2850 Windmill Road,    Reading, PA 19608-1668
13954506       +Township of Spring Sewer,    P.O. Box 4548,    Lancaster, PA 17604-4548
13969668       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13954508      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank National Assoc.,    60 Livingston Avenue,
                 Saint Paul, MN 55107)
13954509       +Veripro Solutions,    PO Box 3572,    Coppell, TX 75019-9572
13954510       +Wilson School District,    c/o Fulton Bank,    PO Box 7625,    Lancaster, PA 17604-7625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2018 01:23:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA    17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 06 2018 01:23:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 01:31:06     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13954459       +E-mail/Text: banko@berkscredit.com Jul 06 2018 01:23:03     Berks Credit and Collections,
                 900 Corporate Drive,    Reading, PA 19605-3340
13954461        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 01:30:56     Capital One,
                 PO Box 85520,    Richmond, VA 23285
13954460       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 01:30:55     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
```

```
District/off: 0313-4          User: dlv                Page 2 of 3                  Date Rcvd: Jul 05, 2018
                              Form ID: pdf900          Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13954462       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 01:30:45      Captial One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13954470       +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 01:30:55      GE Capital/Wal-Mart,
                 PO Box 965024,    Orlando, FL 32896-5024
13954471       +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 01:30:46      GECRB/GAP,   PO Box 965005,
                 Orlando, FL 32896-5005
13954476        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 06 2018 01:23:18      Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
13954478       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 06 2018 01:30:47      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13954482       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 06 2018 01:23:27      Metabank/Fingerhut,
                 6250 Ridgewood RQA,    Saint Cloud, MN 56303-0820
13954483       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 06 2018 01:23:14      Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
13954486       +E-mail/Text: Bankruptcies@nragroup.com Jul 06 2018 01:23:31      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
13954485       +E-mail/Text: Bankruptcies@nragroup.com Jul 06 2018 01:23:31      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13954490        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 01:30:46
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
13954491        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 01:30:56
                 Portfolio Recovery Assoc.,    120 Corporate Boulevard,    Norfolk, VA 23502
13954492        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 01:30:55
                 Portfolio Recovery Assoc.,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502
14004573        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 01:30:45
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13955471       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 01:30:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13966727        E-mail/Text: bkrcy@ugi.com Jul 06 2018 01:23:28      UGI Utilities Inc,   PO Box 13009,
                 Reading PA 19612
13954507        E-mail/Text: bkrcy@ugi.com Jul 06 2018 01:23:28      UGI Utilities, Inc.,   PO Box 15523,
                 Wilmington, DE 19886
13995180        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 06 2018 01:30:56       Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13954499         Roberto Rojas for Fay Servicing
13954498*      +Reading School District,    P.O. Box 4783,    Lancaster, PA 17604-4783
13954511*       Wilson School District,    c/o Fulton Bank,    PO Box 7625,    Lancaster, PA 17604-7625
13954488       ##Ocwen,    PO Box 6440,    Carol Stream, IL 60197-6440
                                                                                               TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, et al
               paeb@fedphe.com
```

```
District/off: 0313-4          User: dlv              Page 3 of 3              Date Rcvd: Jul 05, 2018
                              Form ID: pdf900        Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         JEROME B. BLANK   on behalf of Creditor   U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, Et al. paeb@fedphe.com
         JOSEPH T. BAMBRICK, JR.   on behalf of Joint Debtor Juana  Pena NO1JTB@juno.com
         JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Balbino  Pena Rodriguez NO1JTB@juno.com
         KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association as Trustee, et al... bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ   on behalf of Creditor   FAY SERVICING, LLC bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                                                        TOTAL: 9

UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
BALBINO PENA RODRIGUEZ,            :    CHAPTER 13
JUANA PENA,                        :
    Debtors                        :    BANKRUPTCY NO: 17-14893

O R D E R

AND NOW, upon consideration of the Debtor's Motion to Reopen a Closed Case, it is hereby ORDERED and DECREED that the Debtors, Balbino & Juana Balbino, is GRANTED leave to vacate the dismissal of their Bankruptcy case, and to reimpose the automatic stay.

BY THE COURT

7/5/18

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE