UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          : Chapter 13

    BALBINO PENA RODRIGUEZ            : Bankruptcy No.  17-14893REF
          and
    JUANA PENA                                    :

        Debtor(s)                            :

### PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>OCTOBER 11, 2018</u> at 9:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

                                                                              Respectfully submitted,

Date:  August 24, 2018                          */s/William C. Miller*
                                                       William C. Miller, Esq.,
                                                       Chapter 13 Interim Trustee
                                                       2901 St. Lawrence Avenue
                                                       Reading, PA 19606-0410
                                                       Telephone:  (610) 779-1313