United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14893-ref
Balbino Pena Rodriguez                                                  Chapter 13
Juana Pena
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: dlv                    Page 1 of 3                    Date Rcvd: Aug 27, 2018
                               Form ID: 152                 Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
```
db/jdb         +Balbino Pena Rodriguez,    Juana Pena,   600 Snyder Road,    West Lawn, PA 19609-1232
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr             +CITIGROUP MORTGAGE LOAN TRUST INC.,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
13954454       +Account Recovery Bureau,    PO Box 41309, Dept 310,    Nashville, TN 37204-1309
13954455        Arcadia Recovery Bureau,    P.O. Box 70256,   Philadelphia, PA 19176
13954456       +Arthritis & Osteoporosis Center,    2760 Century Boulevard,    Reading, PA 19610-3359
13954457        Aspire,   PO Box 105555,    Atlanta, GA 30348-5555
13954458        Bank of America,    PO Box 15222,   Wilmington, DE 19886-5222
14160200        Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
13954463       +CitiBank,   PO Box 6497,    Sioux Falls, SD 57117-6497
13954464        CitiMortgage, Inc.,    PO Box 183040,   Columbus, OH 43218-3040
13954465       +CitiMortgage, Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
13954466       +City of Reading,    PO Box 351,   Norristown, PA 19404-0351
13954467       +Commercial Acceptance Company,    2300 Gettysburg Rd. Ste. 102,    Camp Hill, PA 17011-7303
13954468       +Fay Servicing,    PO Box 220720,   Chicago, IL 60622-0720
13954469       +First States Financial Services,    P.O. Box 5827,    Reading, PA 19610-5827
13954472       +Georgeadis Setley,    4 Park Plaza, 2nd Floor,    Wyomissing, PA 19610-1398
13954473       +HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
13954474       +HSBC Bank,   PO Box 30253,    Salt Lake City, UT 84130-0253
13954475       +JD Pearah MD LTD d/b/a,    Campanella & Pearah Eyecare Assoc.,    3855 Penn Avenue,
                 Reading, PA 19608-1174
13954477       +Lillian B. Cramsey, Tax Collector,    2850 Windmill Road,    Spring Township Building,
                 Reading, PA 19608-1668
13954480      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met Ed,     331 Newman Springs Road, Bldg 3,    Red Bank, NJ 07701)
13954479       +Mandees/RAI Credit,    21 Main Street,   Hackensack, NJ 07601-7091
13954481        Met-Ed.,   PO Box 3687,    Akron, OH 44309-3687
14015032       +Met-Ed/FirstEnergy,    FirstEnergy,   101 Crawford's Corner Rd, Bldg #1 Ste 1-,
                 Holmdel, NJ 07733-1976
13954484       +Milstead & Associates, LLC,    220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
13954487       +Nelson H. Long CPA, Treasurer,    Berks County Service Center,    633 Court Street, 2nd Floor,
                 Reading, PA 19601-3552
13954489       +PA American Water,    P.O. Box 371412,   Pittsburgh, PA 15250-7412
13954494       +PPL Electric Utilities,    2 North 9th Street CPC-Genn,    Allentown, PA 18101-1179
13954493       +Portnoff Law Associates, LTD,    PO Box 391,    Norristown, PA 19404-0391
13954495       +Reading & Berks County,    633 Court St. 2nd Floor,    Reading, PA 19601-3552
13954496       +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
13954497       +Reading School District,    PO Box 4783,   Lancaster, PA 17604-4783
13954501       +SLS,   8742 Lucent Boulevard, Suite 300,    Highlands Ranch, CO 80129-2386
13954500        Sears/CBNA,    PO Box 6282,   Sioux Falls, SD 57117-6282
13954502       +Specialized Loan Servicing, LLC,    8742 Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
13954503       +Spring Township,    2850 Windmill Rd.,   Reading, PA 19608-1668
13954504        The Home Depot/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
13954505       +Township of Spring,    2850 Windmill Road,   Reading, PA 19608-1668
13954506       +Township of Spring Sewer,    P.O. Box 4548,   Lancaster, PA 17604-4548
13969668       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13954508      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank National Assoc.,     60 Livingston Avenue,
                 Saint Paul, MN 55107)
13954509       +Veripro Solutions,    PO Box 3572,   Coppell, TX 75019-9572
13954510       +Wilson School District,    c/o Fulton Bank,   PO Box 7625,    Lancaster, PA 17604-7625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2018 02:16:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 28 2018 02:17:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:20:27      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13954459       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 28 2018 02:17:35
                 Berks Credit and Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13954461        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 02:20:05      Capital One,
                 PO Box 85520,   Richmond, VA 23285
13954460       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 02:20:05      Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
```

```
District/off: 0313-4          User: dlv                Page 2 of 3              Date Rcvd: Aug 27, 2018
                              Form ID: 152             Total Noticed: 71

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13954462       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 02:20:27      Captial One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13954470       +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:19:45      GE Capital/Wal-Mart,
                 PO Box 965024,    Orlando, FL 32896-5024
13954471       +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:20:26      GECRB/GAP,   PO Box 965005,
                 Orlando, FL 32896-5005
13954476        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2018 02:16:59      Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
13954478       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 02:19:49      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13954482       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2018 02:17:21      Metabank/Fingerhut,
                 6250 Ridgewood RQA,    Saint Cloud, MN 56303-0820
13954483       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2018 02:16:53      Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
13954486       +E-mail/Text: Bankruptcies@nragroup.com Aug 28 2018 02:17:33      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
13954485       +E-mail/Text: Bankruptcies@nragroup.com Aug 28 2018 02:17:33      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13954490        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:20:28
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
13954491        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:19:46
                 Portfolio Recovery Assoc.,    120 Corporate Boulevard,    Norfolk, VA 23502
13954492        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:20:06
                 Portfolio Recovery Assoc.,    120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502
14004573        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:20:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13955471       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:19:45
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13966727        E-mail/Text: bkrcy@ugi.com Aug 28 2018 02:17:22      UGI Utilities Inc,    PO Box 13009,
                 Reading PA 19612
13954507        E-mail/Text: bkrcy@ugi.com Aug 28 2018 02:17:22      UGI Utilities, Inc.,    PO Box 15523,
                 Wilmington, DE 19886
13995180        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 02:19:49      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13954499         Roberto Rojas for Fay Servicing
14164933*       +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
13954498*       +Reading School District,    P.O. Box 4783,    Lancaster, PA 17604-4783
13954511*        Wilson School District,    c/o Fulton Bank,    PO Box 7625,    Lancaster, PA 17604-7625
13954488       ##Ocwen,    PO Box 6440,    Carol Stream, IL 60197-6440
                                                                                   TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: dlv                Page 3 of 3                  Date Rcvd: Aug 27, 2018
                              Form ID: 152             Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:

          JEROME B. BLANK    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, et al
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK
           NATIONAL ASSOCIATION, Et al. paeb@fedphe.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Juana  Pena NO1JTB@juno.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Balbino  Pena Rodriguez NO1JTB@juno.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association as Trustee, et al...
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    FAY SERVICING, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                        TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Balbino Pena Rodriguez and Juana
Pena

    Debtor(s)

Case No: 17–14893–ref

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 10/11/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

46
Form 152